**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs                                                    CASE NO: 3:07CR24-001

JAMES M. CONWAY,
    Defendant.
_____/

## ORDER REDUCING SENTENCE

Defendant's sentence of confinement is hereby reduced on each of Counts I, II, and III from 18 months to 9 months with each Count to run concurrently, one with the other, and consecutive to the sentence of imprisonment imposed in DKT#99-00021-01 (Eastern District of Pennsylvania). In all other respects, the original sentence imposed in the Judgment and Commitment Order filed 12 September 2007 shall remain unchanged.

**ORDERED** this 25th day of November, 2008.

                                                                         s/*L.A. Collier*
                                                                   LACEY A. COLLIER
                                                  Senior United States District Judge